

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,372-01

**EX PARTE FRANCISCO RUBIO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1385249-A IN THE 209TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of theft of a firearm and sentenced to seven months' imprisonment. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant alleges that he is actually innocent and that his decision to plead guilty was involuntary due to trial counsel's ineffective assistance. The trial court entered findings and recommends that this Court grant habeas relief. The State disagrees.

This Court has made an independent review of the record. It does not support the trial court's findings and recommendation. Applicant fails to show actual innocence with any newly available

evidence or an involuntary guilty plea resulting from a deficient investigation or misadvise from trial counsel. *See Strickland v. Washington*, 466 U.S. 668 (1984); *Hill v. Lockhart*, 474 U.S. 52 (1985); *Ex parte Maldonado*, 688 S.W.2d 114 (Tex. Crim. App. 1985); *Ex parte Empey*, 757 S.W.2d 771 (Tex. Crim. App. 1988); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002); *Ex parte Brown*, 205 S.W.3d 538 (Tex. Crim. App. 2006); *Mooney v. State*, 817 S.W. 693 (Tex. Crim. App. 1991).

Habeas corpus relief is denied.

Filed: January 11, 2023
Do not publish